UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 06-160-JBC

PATRICIA S. HOLT, ET AL.                                                          PLAINTIFFS

V.

ESTATE OF KATHERINE S. WHALEN                                        DEFENDANT

AND

ESTATE OF KATHERINE S. WHALEN                         THIRD PARTY PLAINTIFF

VS.

ESTATE OF ALVIN L. BLANTON, ET AL.              THIRD PARTY DEFENDANTS

**O R D E R**

The parties having requested that the undersigned Magistrate Judge conduct an additional settlement conference,

IT IS THEREFORE ORDERED as follows:

(1) That this matter is assigned for **settlement conference** on **Monday, April 27, 2009, at the hour of 10:00 a.m.**, United States Courthouse, Fourth Floor Magistrate's Chambers, 101 Barr Street, Lexington, Kentucky.

(2) That, before the close of business on Monday, April 20, 2009, plaintiffs and defendants shall deliver under seal, directly to Magistrate Judge Todd, separate ex parte settlement conference statements which shall specify their respective settlement positions. Each statement is to be furnished only to Magistrate Judge Todd and not to the other side. The statements shall not be filed with the Clerk of the Court or the presiding judge.

In their respective statements, plaintiffs and defendants shall make a candid assessment

of the strengths and weaknesses of both sides of the case and shall make an appraisal of the issue of liability.  Plaintiffs' statement shall contain an assessment from plaintiffs' viewpoint of plaintiffs' damages and the strengths and weaknesses of plaintiffs' position.  Defendants' statement shall contain an assessment of the plaintiffs' damages, defendants' exposure to those damages, and the respective strengths and weaknesses of defendants' position.  Nothing in the way of a jury speech shall be contained in the settlement conference statements.  Each statement shall contain an assessment of the economic cost of proceeding to trial.

Each settlement conference statement shall contain a statement of the settlement authority extended by the clients based on the attorneys' written evaluations and opinions which shall be furnished to the respective clients in sufficient time to obtain express settlement instructions.

In addition to counsel who will try the case being present, it is **REQUIRED** that the parties, or a person with **ACTUAL** settlement authority for the parties, likewise be present for the conference.  A party or representative **MUST** attend in person.  A person with limited settlement authority, or a person who is not directly or actively associated with the parties, does not meet this requirement.

The Magistrate Judge requests that bona fide settlement negotiations commence as soon as practicable and be conducted as often as necessary prior to the settlement conference.  The Magistrate Judge further directs that joint or individual status reports be submitted by the close of business on Monday,  April 20, 2009, regarding such settlement negotiations.

(3)  That the ex parte settlement conference statements and status reports shall be submitted directly to Magistrate Judge James B. Todd, and they may be mailed to his office address, P. O. Box 2058, Lexington, Kentucky  40588, or they may be faxed to (859) 233-2773,

if they do not exceed ten (10) pages in length.

    This 16th day of March, 2009.

Signed By:
*James B. Todd*
United States Magistrate Judge