UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DISTRICT at LEXINGTON

CIVIL ACTION NO. 06-160-JBC

PATRICIA HOLT, ET AL.,                                              PLAINTIFFS

V.

ESTATE OF KATHERINE S. WHALEN,        DEFENDANT/THIRD PARTY PLAINTIFF

V.

ESTATE OF ALVIN L. BLANTON, ET AL.,         THIRD PARTY DEFENDANTS

**ORDER**

\* \* \* \* \* \* \* \* \*

On the joint, verbal request of the parties for a rescheduling of the settlement conference due to a scheduling conflict that had developed with defendant's counsel, and the Magistrate Judge being duly advised,

**IT IS HEREBY ORDERED** that:

1. The settlement conference presently scheduled for April 27, 2009, at 10:00 a.m., is **ADVANCED** to April 22, 2009, at 9:00 a.m.

2. All other requirements of the Order of March 16, 2009 [DE #76] remain in full force and effect.

This 26th day of March, 2009.



Signed By:
James B. Todd
United States Magistrate Judge