UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 06-160-JBC

PATRICIA S. HOLT, ET AL.                                                                PLAINTIFFS

VS.                                          **O R D E R**

ESTATE OF KATHERINE S. WHALEN, ET AL.                                    DEFENDANTS

This matter is scheduled for a settlement conference on Friday, May 1, 2009, at 9:00 a.m., in Lexington, Kentucky.

All parties and counsel are required to attend in person, unless previously excused by the court. Failure to attend in person, or otherwise failure to comply with the orders of this court, will subject the offender to sanctions for contempt of court.

Counsel for the parties are ordered to advise their clients that their presence is required, unless excused.

Counsel for Andrew Whalen, Executor of the Estate of Katherine Whalen, shall advise him that the court requires his presence at the settlement conference.

Further, the U.S. Marshal shall personally serve Andrew Whalen with a copy of this order at Keller Williams Realty, 2950 Halcyon Lane, Jacksonville, Florida 32223 (904-298-4663), or at 525 Johns Creek Parkway, St. Augustine, Florida 32092 (904-994-1054).

This 22nd day of April, 2009.

Signed By:
**James B. Todd**
United States Magistrate Judge