UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CIVIL ACTION NO. 5:06-CV-00160-JBC
*Electronically filed*

PATRICIA S. HOLT, ET AL.                                                                                    PLAINTIFFS

V.

ESTATE OF KATHERINE S. WHALEN                                                                DEFENDANT

AND

ESTATE OF KATHERINE S. WHALEN                                                 THIRD-PARTY PLAINTIFF

V.

ESTATE OF ALVIN L. BLANTON, ET AL.                                      THIRD-PARTY DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE OF PLAINTIFF'S ANSWERS
& RESPONSES TO DEFENDANTS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES THE THIRD-PARTY PLAINTIFF, the Estate of Katherine S. Whalen, by counsel, and hereby serves notice to the Court and parties herein that the Responses to the Interrogatories and Requests for Production of Documents propounded by the Third-Party Defendant, Great American Insurance Company, were serviced upon the parties or their counsel, via U.S. Mail, postage prepaid, on 08/17/2009.

                           Respectfully submitted:

                           */s/ Spencer D. Noe*
                           SPENCER D. NOE, Esq.
                           DONALD M. WAKEFIELD, ESQ.
                           JEFFREY R. SOUKUP, ESQ.
                           BOWLES RICE MCDAVID GRAFF & LOVE LLP
                           333 West Vine Street, Suite 1700
                           Lexington, Kentucky  40507

        Telephone:  859-252-2202
        Facsimile:   859-259-2927
*Counsel for Defendant/Third-Party Plaintiff,*
*Estate of Katherine S. Whalen*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was serviced on this the 17th day of August, 2009, by the Court's CM/ECF electronic noticing system and/or by U.S. Mail, postage prepaid, to the following:

Frederick G. Irtz, II, Esq.
111 West Short Street
Post Office Box 22777
Lexington, Kentucky 40522-2777
*Counsel for Plaintiffs*

Joseph H. Miller, Esq.
Eleanor M. Blackey, Esq.
GESS MATTINGLY & ATCHISON, P.S.C.
201 West Short Street
Lexington, Kentucky  40507
*Counsel for Third-Party Defendants, Estate of Alvin L. Blanton, and James L. Blanton*

Thomas E. Roma, Jr., Esq.
George P. Parker, Esq.
PARKER & O'CONNELL, PLLC
455 South Fourth Avenue, Suite 930
Louisville, Kentucky  40202
*Counsel for Third-Party Defendant,*
*Great American Insurance Company*

        */s/ Spencer D. Noe*
        Counsel for Defendant/Third-Party Plaintiff,
        Estate of Katherine S. Whalen

2663123.1