UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CIVIL ACTION NO. 5:06-CV-00160-JBC
*Electronically filed*

PATRICIA S. HOLT, ET AL.                                                                       PLAINTIFFS

v.

ESTATE OF KATHERINE S. WHALEN                                                    DEFENDANT

AND

ESTATE OF KATHERINE S. WHALEN                                 THIRD-PARTY PLAINTIFF

v.

ESTATE OF ALVIN L. BLANTON,                                   THIRD-PARTY DEFENDANTS
JAMES L. BLANTON, and
GREAT AMERICAN INSURANCE COMPANY

---

## MOTION FOR LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINT

---

The Defendant/Third Party Plaintiff, the Estate of Katherine S. Whalen (the "Whalen Estate"), hereby moves this Court for Leave to File the First Amended Third-Party Complaint tendered herewith. In support of this Motion, the Whalen Estate states as follows:

The Whalen Estate seeks leave to file an Amended Third-Party Complaint pursuant to FRCP 15(a)(2), which provides that "the Court should freely give leave where justice so requires." Here, leave is requested to conform the pleadings to the evidence in this case, and to clarify the basis for, and nature of, damages sought in this action. Two Counts are added by the tendered First Amended Third-Party Complaint, one seeking recovery against Great American Insurance Company for the costs of collecting on the bond as permitted by Kentucky statute, and the other seeking damages against James Blanton for intentionally shredding Alvin Blanton's guardianship records. The allegations set forth in the initial four counts are also supplemented

based upon facts revealed during discovery and to clarify the basis for recovery. Specific

allegations include Alvin Blanton's appointment as full guardian in 2002, identification of each

specific fiduciary duty breached by Alvin Blanton, specification as to the damages sought against

Blanton and Great American Insurance Company, and clarification as to Blanton and Great

American Insurance Company's liability to the Whalen Estate for the Plaintiffs' claims. The

proposed Amended Third-Party Complaint does not increase the scope of the litigation, it merely

aligns the pleadings with the facts that have been discovered. Finally, this Motion is brought

within the time frame for such motions as set forth by the Court's Order.

Therefore, the Whalen Estate respectfully requests that its Motion for Leave to File its

First Amended Third-Party Complaint be granted.

Respectfully submitted,

/s/ Shelby C. Kinkead, Jr.
Shelby C. Kinkead, Jr.
Adrian M. Mendiondo
Kinkead & Stilz, PLLC
301 East Main Street, Suite 800
Lexington, KY 40507
Telephone: (859) 296-2300
Facsimile: (859) 296-2566
*Counsel for Defendant/Third-Party Plaintiff*
*Estate of Katherine S. Whalen*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on this the 10th day of December, 2009, by the Court's CM/ECF electronic noticing system, to the following:

Frederick G. Irtz, II, Esq.
111 West Short Street
Post Office Box 22777
Lexington, Kentucky 40522-2777
*Counsel for Plaintiffs*

Thomas E. Roma, Jr., Esq.
George P. Parker, Esq.
Parker & O'Connell, PLLC
455 South Fourth Avenue, Suite 930
Louisville, Kentucky 40202
*Counsel for Third-Party Defendant*
*Great American Insurance Company*

Joseph H. Miller, Esq.
Gess Mattingly & Atchison, P.S.C.
201 West Short Street
Lexington, Kentucky 40507
*Counsel for Third-Party Defendants,*
*Estate of Alvin L. Blanton, and James L. Blanton*

Andrew Whalen
525 Johns Creek Parkway
St. Augustine, Florida 32092
*Executor of the Estate of Katherine S. Whalen*

                                        /s/ Shelby C. Kinkead, Jr.
                                        *Counsel for Defendant/Third-Party Plaintiff*
                                        *Estate of Katherine S. Whalen*