UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CIVIL ACTION NO. 5:06-CV-00160-JBC
*Electronically Filed*

PATRICIA S. HOLT, and                                              PLAINTIFFS
CARLA GARRETT

v.

ESTATE OF KATHERINE S. WHALEN                                      DEFENDANT

and

ESTATE OF KATHERINE S. WHALEN                          THIRD-PARTY PLAINTIFF

v.

GREAT AMERICAN INSURANCE COMPANY, et al.        THIRD-PARTY DEFENDANTS

**MOTION OF THIRD-PARTY DEFENDANT, GREAT AMERICAN INSURANCE COMPANY FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND TO FILE RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED THIRD PARTY COMPLAINT**

\* \* \* \* \* \* \* \* \*

Comes the Third Party Defendant, Great American Insurance Company, ("Great American"), by counsel, and respectfully moves for the Court to grant an extension of time to file a Reply to the Response of Defendant and Third Party Plaintiff, the Estate of Katherine S. Whalen (the "Whalen Estate") Response to Great American's Motion for Summary Judgment and a Response to the Whalen Estate's Motion for Leave to File an Amended Third Party Complaint. The undersigned counsel for Great American has discussed this matter with counsel for the Whalen Estate and has been advised that the Whalen Estate is not opposed to an extension of time for Great American to file its respective Reply and Response up to and including January 29, 2010.

Accordingly, Great American respectfully requests that the Court grant this unopposed Motion and Order that Great American may file its Reply to the Whalen Estate's Response to

Great American's Motion for Summary Judgment and its Response to the Whalen Estate's Motion for Leave to File an Amended Third Party Complaint on or before January 29, 2010.

> Respectfully submitted,
>
> /s/THOMAS E. ROMA, JR.
> GEORGE P. PARKER
> THOMAS E. ROMA, JR.
> JAMES C. WADE
> PARKER & O'CONNELL, PLLC
> Suite 930 – The Starks Building
> 455 South Fourth Avenue
> Louisville, Kentucky 40202
> (502) 584-7196 (Telephone)
> (502) 589-7451 (Facsimile)
> *Counsel for Great American Insurance Co.*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of Great American Insurance Company's Motion For Extension of Time to file Reply to Response to Motion for Summary Judgment and to file Response to Motion for Leave to File Amended Third Party Complaint this 21st day of December, 2009, been provided by either U.S. Mail, postage prepaid, and/or by the Court's ECF filing system, to the following:

Frederick G. Irtz, II, Esq.
111 West Short Street
P.O. Box 22777
Lexington, KY  40522
*Counsel for Plaintiffs,*
*Patricia S. Holt and Carla Garrett*

Joseph Miller, Esq.
**GESS, MATTINGLY & ATCHISON**
201 West Short Street
Lexington, KY  40507
*Counsel for Defendant, James Blanton*

Adrian M. Mendiondo
Shelby C. Kinkead, Jr.
Kinkead & Stilz, PLLC
301 East Main Street, Suite 800
Lexington, KY 40507
Telephone: (859) 296-2300
Facsimile: (859) 296-2566
*Counsel for Defendant/Third-Party Plaintiff,*
*Estate of Katherine Whalen*

> /s/ THOMAS E. ROMA, JR.
> THOMAS E. ROMA, JR.