UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CIVIL ACTION NO. 5:06-CV-00160-JBC
*Electronically Filed*

| | |
|---|---|
| PATRICIA S. HOLT, and<br>CARLA GARRETT | PLAINTIFFS |
| v. | |
| ESTATE OF KATHERINE S. WHALEN | DEFENDANT |
| and | |
| ESTATE OF KATHERINE S. WHALEN | THIRD-PARTY PLAINTIFF |
| v. | |
| GREAT AMERICAN INSURANCE COMPANY, et al. | THIRD-PARTY DEFENDANTS |

### ORDER GRANTING EXTENSION

Motion having been made by Third-Party Defendant, Great American Insurance Company ("Great American"), for an extension of time to file its Reply to the Response of the Estate of Katherine S. Whalen (the "Whalen Estate") to Great American's Motion for Summary Judgment and to file a Response to the Whalen Estate's Motion for Leave to File an Amended Third Party Complaint and the Court being advised that the Whalen Estate does not object to Great American's Motion, and the Court being otherwise sufficiently advised in the premises, IT IS HEREBY ORDERED that Great American's Motion for Extension of time to file a Reply to the Whalen Estate's Response to Great American's Motion for Summary Judgment and to file a Response to the Whalen Estate's Motion for Leave to file an Amended Third Party Complaint, is hereby GRANTED

and Great American shall have up to and including January 29, 2010 to file same.