UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CIVIL ACTION NO. 5:06-CV-00160-JBC

*Filed Electronically*

| | |
|---|---|
| PATRICIA S. HOLT, ET AL. | PLAINTIFFS |
| v. | |
| ESTATE OF KATHERINE S. WHALEN | DEFENDANT |
| AND | |
| ESTATE OF KATHERINE S. WHALEN | THIRD-PARTY PLAINTIFF |
| v. | |
| ESTATE OF ALVIN L. BLANTON, ET AL. | THIRD-PARTY DEFENDANTS |

**MOTION OF THIRD-PARTY DEFENDANTS, ESTATE OF ALVIN L. BLANTON AND JAMES L. BLANTON FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND TO FILE RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED THIRD PARTY COMPLAINT**

\* \* \* \* \*

Come the Third-Party Defendants, the Estate of Alvin L. Blanton and James L. Blanton (hereinafter the "Blantons"), by counsel, and respectfully move the Court to grant an extension of time to file a Reply to the Response to Great American's Motion for Summary Judgment of Defendant and Third Party Plaintiff, the Estate of Katherine S. Whalen and a Response to the Estate of Katherine S. Whalen's Motion for Leave to File an Amended Third Party Complaint. (The Estate of Katherine S. Whalen hereinafter the "Whalen Estate.") The undersigned counsel has discussed this matter with counsel for the Whalen Estate and has been advised that the Whalen Estate is not opposed to an extension of time for the Blantons to file their respective

1

Reply and Response up to and including January 29, 2010.

Accordingly, the Blantons respectfully request that the Court grant this unopposed Motion and Order that the Blanton's may file their Reply to the Whalen Estate's Response to Great American's Motion for Summary Judgment and their Response to the Whalen Estate's Motion for Leave to File an Amended Third Party Complaint on or before January 29, 2010.

Respectfully submitted,

**GESS MATTINGLY & ATCHISON, P.S.C.**

*/s/ Joseph H. Miller*
Joseph H. Miller
201 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 252-9000
Facsimile: (859) 233-4269
E-mail: jmiller@gmalaw.com
***Counsel for Third Party Defendants, James L. Blanton and the Estate of Alvin Blanton***

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served electronically through the court's ECF system on this the 22nd day of December, 2009, to the following:

Frederick G. Irtz, II
P.O. Box 22777
Lexington, Kentucky 40522
E-mail: attorneytaxlaw@aol.com
***Attorney for Plaintiffs***

Shelby C. Kinkead, Jr.
Adrian M. Mendiondo
Kinkead & Stilz, PLLC
301 East Main Street, Suite 800
Lexington, Kentucky 40507
E-mail: skinkead@ksattorneys.com
E-mail: amendiondo@ksattorneys.com
***Attorney for Defendant/Third-Party Plaintiff,
Estate of Katherine S. Whalen***

2

George P. Parker
Parker & O'Connell, PLLC
455 South Fourth Street, Suite 930
Louisville, Kentucky 40202
E-mail: gparker@parkeroconnell.com
*Attorney for Third-Party Defendant,*
*Great American Insurance Co.*

                                        */s/ Joseph H. Miller*
                                        Counsel for Third Party Defendants

S:\JMiller\BLANTON ESTATE\Motion for Extension.doc