UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CIVIL ACTION NO. 5:06-CV-00160-JBC

*Filed Electronically*

| | |
|---|---|
| **PATRICIA S. HOLT, ET AL.** | **PLAINTIFFS** |
| v. | |
| **ESTATE OF KATHERINE S. WHALEN** | **DEFENDANT** |
| AND | |
| **ESTATE OF KATHERINE S. WHALEN** | **THIRD-PARTY PLAINTIFF** |
| v. | |
| **ESTATE OF ALVIN L. BLANTON, ET AL.** | **THIRD-PARTY DEFENDANTS** |

ORDER GRANTING EXTENSION

\* \* \* \* \*

Motion having been made by Third-Party Defendants, the Estate of Alvin L. Blanton and James L. Blanton (hereinafter "Blantons"), for an extension of time to file their Reply to the Response of Defendant and Third Party Plaintiff, the Estate of Katherine S. Whalen (the "Whalen Estate") to Great American's Motion for Summary Judgment and their Response to the Whalen Estate's Motion for Leave to File an Amended Third Party Complaint, and the Court being advised that the Whalen Estate does not object to the Blantons' Motion, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that the Blantons' Motion for Extension of time to file a Reply to the Whalen Estate's Response to Great American's Motion for Summary Judgment and to file a Response to the Whalen Estate's Motion for Leave to file an Amended Third Party Complaint, is hereby GRANTED and the Blantons shall have up to and

including January 29, 2010 to file same.

    Entered this \_\_\_\_ day of _____, 20\_\_\_\_

                                      _____
                                      Judge, United States District Court

S:\JMiller\BLANTON ESTATE\Order Granting Extension.doc