FAYETTE DISTRICT COURT
PROBATE DIVISION

FILED AND ENTERED
ATTEST: WILMA F. LYNCH, CLERK
MAR 3 2008
FAYETTE CIRCUIT COURT
BY ___ DEPUTY

IN RE THE ESTATE OF:

ALVIN L. BLANTON, DECEASED

NO. . 06-P-00210

---

**FIRST PARTIAL SETTLEMENT OF JAMES L. BLANTON**
**AS EXECUTOR OF THE ESTATE OF ALVIN L. BLANTON**

James L. Blanton states that he qualified on February 17, 2006, as executor of the estate of Alvin L. Blanton, deceased. Attached hereto is a true, correct and complete accounting of all money and property received and disbursed by him as executor from the date of his appointment through January 2, 2008. Affiant requests that the attached report be accepted as his periodic settlement as of this time and that he be discharged of any further liability by reason of the transactions set out therein.

In addition to the cash balance shown on the attached statement of Receipts and Disbursements, affiant states that he is holding an interest in the estate of Allie Blanton, the value of which is unknown at this time, and the net proceeds from the sale of the decedent's residence, in the amount of $128,848.49.

Executor

JAMES L. BLANTON EXECUTOR OF
THE ESTATE OF ALVIN L. BLANTON

EXHIBIT
tabbies
2

STATE OF Virginia )
) SCT.
COUNTY OF Chesapeake City )

Subscribed and sworn to before me by James L. Blanton this 28th day of February, 2008.

My commission expires: September 30, 2009

Shelby J. Gregory
NOTARY PUBLIC,
Registration #279962

REVIEWED AS TO FORM:

GESS MATTINGLY & ATCHISON, P.S.C.
201 West Short Street
Lexington, Kentucky 40507-1269

By Walter Maguire

CERTIFICATE OF SERVICE

This is to certify that the foregoing First Partial Settlement has been served this 3 day of ~~February~~ March, 2008, by first class mail, postage prepaid, addressed to the following:

Frederick G. Irtz, II, Esq.
111 West Short Street
P.O. Box 22777
Lexington, Kentucky 40522
COUNSEL FOR PATRICIA S
HOLT, AND CARLA GARRETT

George P. Parker, Esq.
PARKER & O'CONNELL, PLLC
455 South Fourth Street, Suite 930
Louisville, Kentucky 40202
COUNSEL FOR GREAT
AMERICAN INSURANCE COMPANY

Spencer D. Noe
BOWLES RICE MCDAVID GRAFF & LOVE, LLP
155 East Main Street, Suite 300
Lexington, Kentucky 40507
Telephone: (859) 252-2202
Facsimile: (859) 259-2927
ATTORNEY FOR ESTATE OF
KATHERINE S. WHALEN

[signature]
ATTORNEY FOR JAMES L. BLANTON

# Estate of Alvin L. Blanton
# Receipts and Disbursements

**Receipts**

| Date | From Whom Received | Amount |
|---|---|---|
| 3/16/2006 | Physician's Mutual Insurance -- Refund | 400.00 |
| 3/16/2006 | University of KY -- Refund | 44.00 |
| 3/16/2006 | KY Farm Bureau Insurance -- Refund | 25.56 |
| 3/16/2006 | Allstate Insurance -- Refund | 15.07 |
| 3/16/2006 | KY Farm Bureau Insurance -- Refund | 32.94 |
| 3/28/2006 | U.S. Treasury | 80.00 |
| 4/8/2006 | National City Bank -- close account | 2,170.93 |
| 5/2/2006 | Merrill Lynch -- close account | 1,165.77 |
| 9/5/2006 | Bluegrass Auction & Appraisal (proceeds from sale of contents of residence) and Merrill Lynch | 580.43 |
| 10/27/2006 | Southern States | 30.42 |
| 12/11/2007 | Allie Blanton Estate (tobacco buy out proceeds) | 628.00 |
| TOTAL | | 5,173.12 |

**Disbursements**

| Date | Check | Payee | Amount |
|---|---|---|---|
| 3/22/2006 | | Easy Image Fee | 1.00 |
| 3/29/2006 | | Harland Checks | 17.00 |
| 4/20/2006 | | Easy Image Fee | 1.00 |
| 5/24/2006 | 1001 | Gess, Mattingly & Atchison, legal fees | 3,800.00 |
| 6/21/2006 | | Easy Image Fee | 1.00 |
| 5/19/2006 | | Easy Image Fee | 1.00 |
| 7/21/2006 | | Easy Image Fee | 1.00 |
| 8/22/2006 | | Easy Image Fee | 1.00 |
| 9/8/2006 | 1002 | David Fuller (House cleaning, Standish Way) | 600.00 |
| 9/18/2006 | 1003 | Miller, Mayer Sullivan & Stevens (Income tax preparation) | 50.00 |
| 9/21/2006 | | Easy Image Fee | 1.00 |
| 10/20/2006 | | Easy Image Fee | 1.00 |
| 11/21/2006 | | Easy Image Fee | 1.00 |
| 12/20/2006 | | Easy Image Fee | 1.00 |
| 2/22/2007 | 1004 | Fayette County Clerk -- replace car title | 6.00 |
| 1/2/2008 | | Gess, Mattingly & Atchison, legal fees | 600.00 |
| TOTAL | | | 5,083.00 |

**Recapitulation**

| | |
|---|---|
| Total Receipts | 5,173.12 |
| Less Total Disbursements | -5,083.00 |
| Balance on hand | 90.12 |

BB&T

BB&T - VIRGINIA

STATEMENT DATE
03-22-06

PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 02

0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

AS OF APRIL 10, 2006, ALL DEPOSIT ACCOUNT NUMBERS WILL HAVE EXPANDED TO 13 DIGITS BY ADDING THREE LEADING ZEROS TO YOUR EXISTING ACCOUNT NUMBER. PLEASE CALL 800-BANK-BBT FOR MORE INFORMATION.

BB&T FREE-MM ACCOUNT NUMBER 0000150588138

**-ACCOUNT SUMMARY-**

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 03-15-06 | | .00 |
| 1 DEPOSITS/CREDITS | 517.57+ | |
| 0 CHECKS PAID | .00- | |
| 1 WITHDRAWALS/DEBITS | 1.00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 03-22-06 | | 516.57 |

**-OTHER WITHDRAWALS/DEBITS-**

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 03-22 | 1.00 | EASYIMAGE STATEMENT FEE | 130 |

**DEPOSITS/OTHER CREDITS-**

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 03-17 | 517.57 | DEPOSIT | 907199104 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03-17 | 517.57 | 03-22 | 516.57 | | |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

# BB&T

STATEMENT DATE 04-20-06

BB&T - VIRGINIA

PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 02

0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

MAXIMIZE OPPORTUNITY IN YOUR BB&T CHECKING ACCOUNT TODAY WITH THE PLUS PACKAGE. RECEIVE FREE CHECKS, IDENTITY THEFT INSURANCE, AND MANY OTHER VALUABLE BENEFITS. VISIT A BB&T FINANCIAL CENTER TO ENROLL.

BB&T FREE-MM ACCOUNT NUMBER 0000150588138

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 03-22-06 | | 516.57 |
| 2 DEPOSITS/CREDITS | 2,250.93+ | |
| 0 CHECKS PAID | .00- | |
| 2 WITHDRAWALS/DEBITS | 18.00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 04-20-06 | | 2,749.50 |

## OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 03-29 | 17.00 | CHECK CHARGE | 881711768 |
| | | CHECK CHRG HARLAND CHECKS | 881711768 |
| | | XXXXXXXXXXX1403 | 881711768 |
| 04-20 | 1.00 | EASYIMAGE STATEMENT FEE | 130 |

## DEPOSITS/OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 03-28 | 80.00 | DEPOSIT | 900458469 |
| 04-10 | 2,170.93 | DEPOSIT | 608789871 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03-28 | 596.57 | 04-10 | 2,750.50 | 04-20 | 2,749.50 |
| 03-29 | 579.57 | | | | |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BB&T

BB&T - VIRGINIA

STATEMENT DATE 05-19-06

PAGE 1 OF 2

303-03-01-00 11403 0 C 001 13 55 02

0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

SAVE YOURSELF TIME WITH BB&T DIRECT DEPOSIT. YOU CAN HAVE PAYROLL AND OTHER CHECKS AUTOMATICALLY DEPOSITED INTO YOUR ACCOUNT. ASK YOUR RELATIONSHIP MANAGER HOW TO SIGN UP!

BB&T FREE-MM — ACCOUNT NUMBER 0000150588138

**-ACCOUNT SUMMARY-**

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 04-20-06 | | 2,749.50 |
| 1 DEPOSITS/CREDITS | 1,165.77+ | |
| 1 CHECKS PAID | 3,800.00- | |
| 1 WITHDRAWALS/DEBITS | 1.00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 05-19-06 | | 114.27 |

**-CHECKS PAID-**

| DATE | CHECK NUMBER | AMOUNT | REFERENCE NUMBER | DATE | CHECK NUMBER | AMOUNT | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 05-17 | 1001 | 3,800.00 | 5202951058 | | | | |

**-OTHER WITHDRAWALS/DEBITS-**

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 05-19 | 1.00 | EASYIMAGE STATEMENT FEE | 130 |

**DEPOSITS/OTHER CREDITS-**

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 05-02 | 1,165.77 | DEPOSIT | 602528656 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05-02 | 3,915.27 | 05-17 | 115.27 | 05-19 | 114.27 |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BB&T

STATEMENT DATE
05-19-06

EST OF ALVIN LEE BLANTON

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LANE
CHESAPEAKE, VA

04258-001

1001

5/13/06

PAY TO THE ORDER OF Gess Mattingly & Atchison $ 3800.00/xx

Three-thousand eight-hundred and 00/xx DOLLARS

BB&T

FOR legal services

ADM

⑆051404260⑆0000150588138⑈01001 ⑈0000380000⑈

CHECK#: 1001 $3,800.00

BB&T

BB&T - VIRGINIA

STATEMENT DATE
06-21-06
PAGE 1 OF 1

0000150588138

303-03-01-00 11403 0 C 001 13 55 02
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

OPEN A NEW CHECKING ACCOUNT AND EARN UP TO 10,000 BB&T VISA EXTRAS POINTS TOWARD REWARDS AT OVER 150 NATIONAL RETAILERS. VISIT A BB&T FINANCIAL CENTER TO RECEIVE THIS LIMITED TIME OFFER.

BB&T FREE-MM ACCOUNT NUMBER 0000150588138

ACCOUNT SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 05-19-06 | | 114.27 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 1 WITHDRAWALS/DEBITS | 1.00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 06-21-06 | | 113.27 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 06-21 | 1.00 | EASYIMAGE STATEMENT FEE | 130 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06-21 | 113.27 | | | | |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BB&T

STATEMENT DATE 07-21-06

BB&T - VIRGINIA

PAGE 1 OF 1

0000150588138

303-03-01-00 11403 0 C 001 13 55 02
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

STUDENTS CAN GET A GREAT BANKING RELATIONSHIP STARTED WITH OUR BEST IN CLASS BB&T STUDENT FREE ACCOUNT. WITH NO MONTHLY FEES OR MINIMUM BALANCE TO KEEP, IT'S THE SMART WAY TO MANAGE YOUR MONEY.

BB&T FREE-MM ACCOUNT NUMBER 0000150588138

-ACCOUNT SUMMARY-

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 06-21-06 | | 113.27 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 1 WITHDRAWALS/DEBITS | 1.00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 07-21-06 | | 112.27 |

-OTHER WITHDRAWALS/DEBITS-

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 07-21 | 1.00 | EASYIMAGE STATEMENT FEE | 130 |

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07-21 | 112.27 | | | | |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).



BB&T - VIRGINIA

STATEMENT DATE 09-21-06
PAGE 1 OF 2

303-03-01-00 11403 0 C 001 13 55 02
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

0000150588138

OPEN A BB&T SAVINGS ACCOUNT WITH NO MINIMUM BALANCE REQUIREMENTS TODAY WHEN YOU SET UP A MONTHLY TRANSFER FROM YOUR BB&T CHECKING ACCOUNT. VISIT A LOCAL BB&T FINANCIAL CENTER FOR DETAILS.

**BB&T FREE-MM** **ACCOUNT NUMBER 0000150588138**

**-ACCOUNT SUMMARY-**

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 08-22-06 | | 111.27 |
| 1 DEPOSITS/CREDITS | 580.43+ | |
| 1 CHECKS PAID | 600.00- | |
| 1 WITHDRAWALS/DEBITS | 1.00- | |
| SERVICE CHARGE | .00- | |
| **NEW BALANCE AS OF 09-21-06** | | **90.70** |

**-CHECKS PAID-**

| DATE | CHECK NUMBER | AMOUNT | REFERENCE NUMBER | DATE | CHECK NUMBER | AMOUNT | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 09-11 | 1002 | 600.00 | 5400736120 | | | | |

**-OTHER WITHDRAWALS/DEBITS-**

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 09-21 | 1.00 | EASYIMAGE STATEMENT FEE | 130 |

**-DEPOSITS/OTHER CREDITS-**

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 09-05 | 580.43 | DEPOSIT | 703897541 |

**-DAILY BALANCE SUMMARY-**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09-05 | 691.70 | 09-11 | 91.70 | 09-21 | 90.70 |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

# BB&T

STATEMENT DATE
09-21-06

EST OF ALVIN LEE BLANTON

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
CHESAPEAKE, VA

1002

9/8/06

PAY TO THE ORDER OF David Fuller $ 600.00/xx

Six-hundred and 00/xx Dollars

BB&T

FOR 124 Stewish Way Cleaning

0000150588138 01002 0000060000

CHECK#: 1002 $600.00

**BB&T**

BB&T - VIRGINIA

STATEMENT DATE 10-20-06

PAGE 1 OF 2

303-03-01-00 11403 0 C 001 13 55 02
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

0000150588138

EARN A CHANCE TO WIN 1 MILLION BB&T VISA EXTRAS POINTS WHEN YOU USE YOUR BB&T VISA CARDS FROM OCT. 1, 2006 TO DEC. 31, 2006. TO VIEW OFFICIAL SWEEPSTAKES RULES, VISIT BBT.COM.

BB&T FREE-MM ACCOUNT NUMBER 0000150588138

## -ACCOUNT SUMMARY-

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 09-21-06 | | 90.70 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 1 CHECKS PAID | 50.00- | |
| 1 WITHDRAWALS/DEBITS | 1.00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 10-20-06 | | 39.70 |

## -CHECKS PAID-

| DATE | CHECK NUMBER | AMOUNT | REFERENCE NUMBER | DATE | CHECK NUMBER | AMOUNT | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 09-22 | 1003 | 50.00 | 5208190910 | | | | |

## -OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 10-20 | 1.00 | EASYIMAGE STATEMENT FEE | 130 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09-22 | 40.70 | 10-20 | 39.70 | | |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BB&T

STATEMENT DATE
10-20-06

PAGE 2 OF 2

EST OF ALVIN LEE BLANTON

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
1003
9/15/06
Pay to the order of Miller, Mayer, Sullivan & Stevens, LLP $ 50.00
Fifty and 00/100 Dollars
BB&T
2005 Tax Return Prep. Administration
J. L. Blanton Adm
⑆051404260⑆0000150588138⑈01003 ⑈0000005000⑈

CHECK#:1003 $50.00

BB&T

BB&T - VIRGINIA

STATEMENT DATE
11-21-06

PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 02

0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

THE NEW BB&T VISA GIFT CARD IS THE PERFECT GIFT FOR THIS HOLIDAY SEASON. IT'S EASY, CONVENIENT AND SECURE. VISIT YOUR LOCAL BB&T FINANCIAL CENTER TO FIND OUT MORE!

BB&T FREE-MM

ACCOUNT NUMBER 0000150588138

**-ACCOUNT SUMMARY-**

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 10-20-06 | | 39.70 |
| 1 DEPOSITS/CREDITS | 30.42+ | |
| 0 CHECKS PAID | .00- | |
| 1 WITHDRAWALS/DEBITS | 1.00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 11-21-06 | | 69.12 |

**-OTHER WITHDRAWALS/DEBITS**

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 11-21 | 1.00 | EASYIMAGE STATEMENT FEE | 130 |

**DEPOSITS/OTHER CREDITS-**

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 10-27 | 30.42 | DEPOSIT | 701236918 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10-27 | 70.12 | 11-21 | 69.12 | | |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

# BB&T

BB&T - VIRGINIA

STATEMENT DATE 12-20-06
PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 02
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

0000150588138

BB&T HEALTH SAVINGS ACCOUNTS OFFER A CONVENIENT, TAX-ADVANTAGED WAY TO PAY FOR QUALIFIED MEDICAL EXPENSES. VISIT BBT.COM TO LEARN MORE. CERTAIN RESTRICTIONS APPLY. PLEASE CONSULT A TAX ADVISOR.

**BB&T FREE-MM** — **ACCOUNT NUMBER 0000150588138**

**-ACCOUNT SUMMARY-**

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 11-21-06 | | 69.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 1 WITHDRAWALS/DEBITS | 1.00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 12-20-06 | | 68.12 |

**-OTHER WITHDRAWALS/DEBITS**

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 12-20 | 1.00 | EASYIMAGE STATEMENT FEE | 130 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12-20 | 68.12 | | | | |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BB&T

BB&T - VIRGINIA

STATEMENT DATE 01-23-07

PAGE 1 OF 1

0000150588138

303-03-01-00 11403 0 C 001 13 55 02
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

IMPORTANT NOTICE OF PRICING CHANGE: EFFECTIVE FEB. 23, 2007, THE NON-SUFFICIENT FUNDS-OVERDRAFT FEE, AS LISTED IN THE PERSONAL AND BUSINESS PRICING GUIDE, WILL INCREASE FROM $34 TO $35.

BB&T FREE-MM ACCOUNT NUMBER 0000150588138

-ACCOUNT SUMMARY-

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 12-20-06 | | 68.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 01-23-07 | | 68.12 |

OR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

**BB&T**

BB&T - VIRGINIA

STATEMENT DATE
02-20-07
PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 02

0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

USE YOUR TAX REFUND TO START SAVING TODAY WITH A BB&T CD OR SAVINGS ACCOUNT. REMINDER: THE 2006 IRA CONTRIBUTION DEADLINE IS TUESDAY, APRIL 17. VISIT A BB&T FINANCIAL CENTER FOR MORE INFORMATION.

**BB&T FREE-MM** **ACCOUNT NUMBER** 0000150588138

-ACCOUNT SUMMARY-

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 01-23-07 | | 68.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 02-20-07 | | 68.12 |

'R ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).



BB&T - VIRGINIA

STATEMENT DATE 03-21-07
PAGE 1 OF 2

303-03-01-00 11403 0 C 001 13 55 02

0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

TURBOTAX ONLINE IS NOW AVAILABLE FOR BOTH INDIVIDUALS AND BUSINESSES. FILE YOUR TAXES ELECTRONICALLY TO GET YOUR REFUND IN AS LITTLE AS 9 DAYS. START TODAY BY VISITING BBT.COM!

**BB&T FREE-MM** ACCOUNT NUMBER 0000150588138

**-ACCOUNT SUMMARY-**

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 02-20-07 | | 68.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 1 CHECKS PAID | 6.00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 03-21-07 | | 62.12 |

**-CHECKS PAID-**

| DATE | CHECK NUMBER | AMOUNT | REFERENCE NUMBER | DATE | CHECK NUMBER | AMOUNT | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 03-01 | 1004 | 6.00 | 2903828474 | | | | |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03-01 | 62.12 | | | | |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).



STATEMENT DATE
03-21-07

PAGE 2 OF 2

EST OF ALVIN LEE BLANTON

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LANE
CHESAPEAKE, VA 23325

1004

2/22/07

Pay to the order of Fayette County Clerk $ 6.00/xx

Six and 00/xx Dollars

BB&T

Memo: duplicate vehicle title

CHECK#:1004 $6.00

BB&T - VIRGINIA

STATEMENT DATE
04-20-07
PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 02
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

000015058813B

START SAVING FOR A SUMMER VACATION! VISIT YOUR LOCAL BB&T FINANCIAL CENTER AND ASK A RELATIONSHIP BANKER HOW YOU CAN OPEN A NEW BB&T SAVINGS ACCOUNT TODAY WITH NO MONTHLY MAINTENANCE FEES.

BB&T FREE-MM — ACCOUNT NUMBER 000015058813B

- - - ACCOUNT SUMMARY - - -

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 03-21-07 | | 62.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 04-20-07 | | 62.12 |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

**BB&T**

STATEMENT DATE
06-21-07

BB&T - VIRGINIA

PAGE 1 OF 1

0000150588138

303-03-01-00 11403 0 C 001 13 55 02
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

STUDENTS CAN TAKE A STEP TOWARDS FINANCIAL FREEDOM WITH BB&T STUDENT FREE CHECKING. ENJOY NO MONTHLY FEES, NO MINIMUM BALANCE REQUIREMENT AND 24-7 ATM, ONLINE AND PHONE ACCESS. VISIT BBT.COM TODAY.

BB&T FREE-MM — ACCOUNT NUMBER 0000150588138

- - - - - - - - -ACCOUNT SUMMARY- - - - - - - - -

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 05-22-07 | | 62.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 06-21-07 | | 62.12 |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BB&T

BB&T - VIRGINIA

STATEMENT DATE
07-23-07

PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 02
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

0000150588138

STUDENTS CAN TAKE A STEP TOWARDS FINANCIAL FREEDOM WITH BB&T STUDENT FREE CHECKING. ENJOY NO MONTHLY FEES, NO MINIMUM BALANCE REQUIREMENT AND 24-7 ATM, ONLINE AND PHONE ACCESS. VISIT BBT.COM TODAY.

BB&T FREE-MM — ACCOUNT NUMBER 0000150588138

-ACCOUNT SUMMARY-

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 06-21-07 | | 62.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 07-23-07 | | 62.12 |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BB&T

BB&T - VIRGINIA

STATEMENT DATE 08-22-07
PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 03 0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

ADD THE PLUS PACKAGE TO YOUR CHECKING ACCOUNT AND ENJOY TRAVEL DISCOUNTS, IDENTITY THEFT INSURANCE, PRESCRIPTION DISCOUNTS AND MORE FOR A LOW MONTHLY FEE. VISIT A BB&T FINANCIAL CENTER FOR DETAILS.

BB&T FREE-MM ACCOUNT NUMBER 0000150588138

ACCOUNT SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 07-23-07 | | 62.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 08-22-07 | | 62.12 |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

 BB&T - VIRGINIA

STATEMENT DATE
09-20-07
PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 03 0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

BANK SMART AND PAY BILLS IN MINUTES EACH MONTH WITH ONLINE BILL PAYMENT. IT'S EASY TO SET UP AND USE, PLUS YOU CAN SAVE MONEY ON STAMPS. NOW THAT'S SMART! VISIT BBT.COM TODAY.

BB&T FREE MM ACCOUNT NUMBER 0000150588138

ACCOUNT SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 08-22-07 | | 62.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 09-20-07 | | 62.12 |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BB&T

BB&T - VIRGINIA

STATEMENT DATE 10-23-07
PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 03 0000150588138
EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

IF YOU HAVE A HIGH-DEDUCTIBLE HEALTH PLAN AND ARE LOOKING FOR WAYS TO SAVE ON MEDICAL EXPENSES, ASK ABOUT A BB&T HEALTH SAVINGS ACCOUNT AT YOUR LOCAL BB&T FINANCIAL CENTER OR VISIT BBT.COM.

BB&T FREE-MM — ACCOUNT NUMBER 0000150588138

-ACCOUNT SUMMARY-

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 09-20-07 | | 62.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 10-23-07 | | 62.12 |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).



BB&T - VIRGINIA

STATEMENT DATE 11-21-07
PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 03 0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

THE 2007 PRIMARY MORTGAGE SERVICER STUDY RANKED BB&T "HIGHEST IN CUSTOMER SATISFACTION AMONG MORTGAGE SERVICING COMPANIES." FOR J.D. POWER AND ASSOCIATES AWARD INFORMATION, GO TO JDPOWER.COM.

**BB&T FREE-MM** — **ACCOUNT NUMBER 0000150588138**

**-ACCOUNT SUMMARY-**

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 10-23-07 | | 62.12 |
| 0 DEPOSITS/CREDITS | .00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 11-21-07 | | 62.12 |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).

BB&T

BB&T - VIRGINIA

STATEMENT DATE
12-20-07
PAGE 1 OF 1

303-03-01-00 11403 0 C 001 13 55 03 0000150588138

EST OF ALVIN LEE BLANTON
ADM JAMES L BLANTON
2431 CARNATION LN
CHESAPEAKE VA 23325-4632

FINDING THE PERFECT GIFT JUST GOT EASIER WITH THE BB&T GIFT CARD! IT CAN BE USED ANYWHERE VISA DEBIT IS ACCEPTED. VISIT YOUR LOCAL BB&T FINANCIAL CENTER TO GET YOURS TODAY!

BB&T FREE-MM ACCOUNT NUMBER 0000150588138

-ACCOUNT SUMMARY-

| | | |
|---|---|---|
| PREVIOUS BALANCE AS OF 11-21-07 | | 62.12 |
| 1 DEPOSITS/CREDITS | 628.00+ | |
| 0 CHECKS PAID | .00- | |
| 0 WITHDRAWALS/DEBITS | .00- | |
| SERVICE CHARGE | .00- | |
| NEW BALANCE AS OF 12-20-07 | | 690.12 |

-DEPOSITS/OTHER CREDITS-

| DATE | AMOUNT | DESCRIPTION | REFERENCE NUMBER |
|---|---|---|---|
| 12-11 | 628.00 | DEPOSIT | 801823102 |

-DAILY BALANCE SUMMARY-

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12-11 | 690.12 | | | | |

FOR ASSISTANCE, CALL (757) 523-4475 OR FOR BB&T PHONE24, CALL (800)BANKBBT (1-800-226-5228).