# FAYETTE DISTRICT COURT, PROBATE DIVISION

## IN RE THE ESTATE OF: ALVIN L. BLANTON NO. 06-P-00210

### PROOF OF CLAIM



CLAIM OF:  JAMES L. BLANTON
2431 Carnation Lane
Chesapeake, Virginia 23325
Telephone: 757-424-6252

Amount of Claim:  No more than $13,323.11

Basis of Claim:    Monies belonging to the undersigned for which there is insufficient documentation and accounting to determine the disposition thereof by the decedent from the undersigned's Kentucky Retirement Benefit Account (File Number 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) and Account No. 00260100735 at First Federal Savings & Loan, Lexington, Kentucky.

_____
Claimant

Signed before me this _16th_ day of _August, 2006_

_____
Notary Public

A copy of this proof of claim was mailed to my attorney in this matter, Walter R. Morris, Jr., on 8/16/2006.

**EXHIBIT**
3

August 13, 2006
Fayette County District Court Probate Division
150 N. Limestone Street
Lexington, KY  40507

Re: Estate of Alvin L. Blanton
CLAIM OF: James L. Blanton

To Whom It May Concern:

The following Proof of Claim is submitted by James L. Blanton on his own behalf to the Estate of Alvin L. Blanton, deceased.

James L. Blanton's claim is based upon the use of funds by Alvin L. Blanton belonging to the undersigned for which there is insufficient documentation and accounting to determine the disposition thereof by the decedent.  The monies came from the undersigned's Kentucky Retirement Benefit Account (File Number 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), and from his personal checking account with First Federal Savings & Loan (Account# 00260100735).  The total of monies from both sources does not exceed the sum of $13,323.11, based on information resources presently available to James L. Blanton.

Included with this letter is the claim form which I wish to present to this Court with regard to this matter.


Sincerely,

James L. Blanton