| Commonwealth of Kentucky | PROOF OF CLAIM | Case No. 06-P-00210 |
|---|---|---|
| | AGAINST THE ESTATE | County FAYETTE |
| Court of Justice | OF A DECEDENT | Court PROBATE |

IN RE: THE ESTATE OF: ALVIN L BLANTON
DATE OF DEATH: November 4, 2005



### AFFIDAVIT

Affiant states that he or she is an agent for a corporation or p.s.c. and a claimant against above Estate, in the net amount of **$3,091.36**, with interest thereupon, at the rate of 0% per annum, from this date: **April 10, 2006**, as evidenced by the document (note, bill, statement of account, etc.) attached hereto. This is a just demand, and has never, to the Affiant's knowledge or belief, been paid, and there is no offset or discount against same, nor any usury therein.

Signature of Affiant: _____

Printed Name of Affiant: JENNIFER M KAVALIAUSKAS

Affiant's Position With Claimant: ADMIN SERVICE COORD

Business Name of Claimant: OMNIUM WORLDWIDE, INC.

Business Address of Claimant: 7171 MERCY RD, SUITE 400 PO BOX 6618

City, State, Zip Code: OMAHA, NE 68106

Business Telephone Number: 800-999-3778

Subscribed and sworn to before me by the above Affiant on this date: **April 10, 2006**.
My Commission Expires: 8-31-07

GENERAL NOTARY - State of Nebraska
SUZANNE M. TIPPIN
My Comm. Exp. Aug. 31, 2007

Return to:

_____
Notary Public

**PROOF OF CLAIM**

EXHIBIT
4

| Commonwealth of Kentucky | PROOF OF CLAIM | Case No. **2006-P-00210** |
|---|---|---|
| | AGAINST THE ESTATE | County **FAYETTE** |
| Court of Justice | OF A DECEDENT | Court **PROBATE** |

IN RE: THE ESTATE OF: ALVIN BLANTON
DATE OF DEATH: November 4, 2005

### AFFIDAVIT

Affiant states that he or she is an agent for a corporation or p.s.c. and a claimant against above Estate, in the net amount of **$1,862.12**, with interest thereupon, at the rate of 0% per annum, from this date: **April 10, 2006**, as evidenced by the document (note, bill, statement of account, etc.) attached hereto. This is a just demand, and has never, to the Affiant's knowledge or belief, been paid, and there is no offset or discount against same, nor any usury therein.

Signature of Affiant: _____

Printed Name of Affiant: JENNIFER M KAVALIAUSKAS

Affiant's Position With Claimant: ADMIN SERVICE COORD

Business Name of Claimant: OMNIUM WORLDWIDE, INC.

Business Address of Claimant: 7171 MERCY RD, SUITE 400 PO BOX 6618

City, State, Zip Code: OMAHA, NE 68106

Business Telephone Number: 800-999-3778

Subscribed and sworn to before me by the above Affiant on this date: **April 10, 2006**.
My Commission Expires: 8-31-07

Return to:

GENERAL NOTARY - State of Nebraska
SUZANNE M. TIPPIN
My Comm. Exp. Aug. 31, 2007

_____
Notary Public

PROOF OF CLAIM

```
CLIENT: CHASE BANK USA, NA CHASE BANK USA-JBC  CLI REF#: 660302171109174                    ACCOUNT: 120146496
STATUS: ACTIVE STATUS                           REASON: 42-CLAIM FILED                      PACKET:
                                                                                                              More...
                     CONTACT INFORMATION                    ADDRESS INFORMATION              PHONE INFORMATION
CONTACT TYPE: PRMCON     LANGUAGE:            ADDRESS TYPE: FDRADD                          PHONE TYPE: HPPOSS
      PREFIX:            RESP: PRMRSP               STREET: 1248 STANDISH WAY # 9B           AREA CODE: 859
  FIRST NAME: ALVIN                                                                             PREFIX: 233
 MIDDLE NAME:                                         CITY: LEXINGTON                           NUMBER: 0160
   LAST NAME: BLANTON                                STATE: KY                               EXTENSION: 00000000
    EXTENDED:                                     ZIP CODE: 40504  2046                    ANSWER CODE: 7
      SUFFIX:            SSN: 404480400           COUNTRY: US           MAIL CODE: MAIL       CALL CODE: DNCE

                   EVENTS              BALANCES             ADJUSTMENTS               PAYMENTS         ACCOUNT STATISTICS
CURRENT BALANCE:           1862.12000  ADJUSTED BALANCE:           0.00000  LISTING BALANCE:                 1862.12000
PROMISED PAYMENTS:            0.00000  PRINCIPAL PAYMENTS:         0.00000  LOCAL LISTING BAL:                  0.00000
                                                                                                                  More...
ACTIVITY:
        S42   CLAIM FILED                                                         4476   04/10/2006 13:52:33
        CLM   PRBCRT-FILE CLAIM WITH PROBATE:PROBATE CLAIM FORM                   4476   04/10/2006 13:52:32
```