## WELTMAN, WEINBERG & REIS CO., L.P.A.
ATTORNEYS AT LAW
175 South Third Street, Suite 900
Columbus, Ohio 43215
800.325.9965
614. 801.2710
614.801.2604 (fax)
www.weltman.com

BURLINGTON, NJ
609.914.0437

CHICAGO, IL
847.940.9812

CINCINNATI, OH
513.723.2200

CLEVELAND, OH
216.685.1000

DETROIT, MI
248.362.6100

PHILADELPHIA, PA
215.599.1500

PITTSBURGH, PA
412.434.7955

*celebrating 75 years OF INNOVATION GROWTH + RESULTS*

April 4, 2006
Fayette County District Court Probate Division
150 N. Limestone Street
Lexington, KY 40507

FILED AND ENTERED
ATTEST: WILMA L. LYNCH, CLERK
APR 07 2006
FAYETTE CIRCUIT COURT
BY _____ DEPUTY

RE: Estate of ALVIN L BLANTON
CLAIM OF: HOUSEHOLD FINANCE CORP.
OUR FILE NO.: 04971770

Dear Sir or Madam:

This law firm represents HOUSEHOLD FINANCE CORP. in connection with its claim which we wish to file on our client's behalf into the estate of ALVIN L BLANTON, deceased.

Our client's claim is based upon its account number 44420200314738 in the amount of $650.70. Included with this letter is the claim form which we wish to present to this court and which we are forwarding to the attorney and/or fiduciary of this estate.

It would be appreciated if all correspondence and disbursements with respect to this matter be forwarded to our office and to the attention of the undersigned. Additionally, it would be appreciated if any notices of any hearings also be forwarded to the undersigned. Thank you for your cooperation in this matter.

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose.

Very truly yours,

Michele Mehan
Authorized Agent for Claimant
MLM:ose
CC: JAMES L BLANTON, PERSONAL REPRESENTATIVE AND WALTER MORRIS, JR., ESQUIRE



EXHIBIT
5

# IN THE COUNTY OF FAYETTE, KENTUCKY

## PROOF OF CLAIM

CLAIM OF: HOUSEHOLD FINANCE CORP.
c/o Weltman, Weinberg & Reis CO LPA
175 South Third Street, Suite 900
Columbus, OH 43215
Telephone: 1-800-325-9965

Case No.: 06-P-00210

Amount of Claim: $650.70

Account No.: 44420200314738

Basis of Claim: Amount due on a HOUSEHOLD FINANCE CORP. account previously held by decedent, ALVIN L BLANTON.

_____
Michele Mehan
Authorized for Claimant
175 S. Third Street, Suite 900
Columbus, OH 43215
Telephone: 1-800-325-9965/wwr# **04971770**

## AFFIDAVIT OF SERVICE

A copy of the foregoing Creditor's Claim has been sent to James L Blanton, Personal Representative and Walter Morris Jr., Esquire by regular mail this 4th day of April, 2006

_____
Michele Mehan
Authorized Agent for Claimant

Signed before me this 4th day of April, 2006

_____
Notary Public

SEBRINA L. KEHOE
Notary Public, State of Ohio
My Commission Expires
01-17-07

STATE OF OHIO            )
                         )   SS:
COUNTY OF FRANKLIN       )


### AFFIDAVIT

Now comes Michele Mehan, Authorized Agent for Claimant HOUSEHOLD FINANCE CORP. and states that:

1. That to the best of their knowledge the amount of the claim is correct;

2. That to the best of their knowledge no payment has been made thereon except the credits thereon given;

3. That to the best of their knowledge there are no set-offs against the same;

4. That to the best of their knowledge, the amount of the claim is justly due and owing to the claimant.

_____
Michele Mehan, Authorized Agent for Claimant

Subscribed and sworn before me
this 4th day of April, 2006.

_____
NOTARY PUBLIC

wwr# 04971770

SEBRINA L. KEHOE
Notary Public, State of Ohio
My Commission Expires
01-17-07

HOUSEHOLD FINANCE CORP.

ALVIN L BLANTON
1248 STANDISH WAY
LEXINGTON, KY 40504

## STATEMENT OF ACCOUNT

**ACCOUNT NUMBER:**         44420200314738

**ACCOUNT OPENED:**         N/A

**DAYS DELINQUENT:**        N/A

**LAST PAID:**              N/A

                                        **ENDING BALANCE DUE:  $650.70**

# EXHIBIT A

**OUR FILE NUMBER:** 04971770