| Commonwealth of Kentucky<br><br>Court of Justice | **State of Kentucky**<br><br>**Written Statement of Claim** | Case No. 06P00210<br><br>Court _____<br><br>County FAYETTE |
|---|---|---|

In Re: the Estate of:

ALVIN BLANTON
Deceased

FILED AND ENTERED
ATTEST: WILMA R. LYNCH, CLERK
MAY 1 4 2007
BY _____ DEPUTY

---

1)     Claimant's Name and Address:
         ARROW FINANCIAL SERVICES, LLC
         C/O BALOGH BECKER LTD, 4150 OLSON MEMORIAL HWY #200,
    MINNEAPOLIS MN 55422

2)     Claimant claims that the estate is indebted or will become indebted in the amount of $9489.27

3)     The nature of the claim is: This claim is based on an account for credit evidenced by the attached Affidavit of Account Stated.

4)     That the claim arose prior to the death of the decedent on or about _____.

5)     That the claim was or will be due and payable on _____.

Dated: 5.8.07                  _____
                                                             Melanie A. Ellston
                                                             Authorized Representative

EXHIBIT 6

# AFFIDAVIT OF ACCOUNT

The undersigned, being first duly sworn deposes and states the follows:

1. Your Affiant is authorized by the Claimant as its Authorized Representative to make this Affidavit.

2. Your Affiant has reviewed the account records of the Claimant with respect to the decedent. Your Affiant is familiar with these records and accounts and reviews them as a regular part of his/her duties.

3. The Decedent purchased merchandise in the amount of $9489.27 evidenced by account number 4479481000542000

Further your affiant sayeth not

ARROW FINANCIAL SERVICES, LLC

By: _____
One of its Authorized Representatives:

Printed Name: Melanie A. Ellston
Authorized Representative

ARROW FINANCIAL SERVICES, LLC
C/O BALOGH BECKER LTD, 4150 OLSON MEMORIAL HWY #200
MINNEAPOLIS MN 55422

Subscribed and sworn before me
This __8__ day of __May__, 20__07__

_____
Notary Public

KATE QUALICK
NOTARY PUBLIC
MINNESOTA
MY COMMISSION EXPIRES 07/31/12