COMMONWEALTH OF KENTUCKY
FAYETTE DISTRICT COURT
PROBATE DIVISION
CASE NO. 06-P-00210



IN RE: THE ESTATE OF ALVIN L. BLANTON

## STATEMENT OF CLAIM

**********************************************

COMES THE CLAIMANT, the Estate of Katherine S. Whalen, through its Conservator,

Richard M. Wehrle, Esq., appointed on 05/10/2006 by Order of the Fayette District Court, by the

undersigned counsel, and states a claim against the Estate of Alvin L. Blanton as follows:

1.  That on or about 09/14/2000, Alvin L. Blanton was appointed as Guardian and

    Conservator for Katherine S. Whalen.  A copy of said order of appointment is attached

    hereto as Exhibit A.

2.  That Alvin L. Blanton served in said capacity as Guardian and Conservator for the

    Whalen Estate until his death on or about 11/04/2005.

3.  That in said capacity, Alvin L. Blanton bore a fiduciary duty to conserve and protect the

    financial assets of the Whalen Estate.

4.  That Alvin L. Blanton did breach his fiduciary duty to the Whalen Estate by intentionally,

    improperly, and wrongfully managing the financial assets of the Whalen Estate.

5.  That Alvin L. Blanton did embezzle and or convert to his own use and or deposit funds

    belonging to the Whalen Estate in his own personal bank or investment account(s), and or

    did otherwise improperly dispose of or utilize such funds and or improperly divest the

    Whalen Estate of such funds.

6.  That prior to his death Alvin L. Blanton did improperly, illegally, negligently and or

    fraudulently transfer and or convey, without sufficient legal consideration, to his son,

1 of 3

1552662.1
(W7743.00004)



**EXHIBIT**

7

James L. Blanton, assets, including but not limited to a residence located at 1248 Standish Way, Lexington, Kentucky, which would have otherwise been included in the Blanton Estate, in an effort and or with the intent to hide such assets from potential creditors and or claimants and thereby wrongfully prevent potential creditors and or claimants from accessing such assets to satisfy any debts, claims or judgments.

7. That said act(s) of transfer and or conveyance of assets constitute a fraudulent and or preferential conveyance and are void pursuant to the provisions of KRS Chapter 378.

8. That said acts of Alvin L. Blanton did cause financial harm, to the Whalen Estate, and for which the Whalen Estate seeks compensatory damages hereby.

9. That this claim is also the subject of a Third-Party Complaint filed on 05/30/2006 against the Estate of Alvin L. Blanton in a litigation before the United States District Court, Eastern District of Kentucky, Lexington Division, styled "Patricia S. Holt and Carla Garrett v. Estate of Katherine S. Whalen," and numbered 5:06-CV-00160-JBC.

Respectfully submitted,

SPENCER D. NOE, ESQ.
DONALD M. WAKEFIELD, ESQ.
BOWLES RICE MCDAVID GRAFF & LOVE, LLP
155 East Main Street, Suite 300
Lexington, Kentucky 40507
Telephone:    (859) 252-2202
Facsimile:    (859) 259-2927
*Counsel for Claimant*

1552662.1

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was mailed, postage prepaid, on this the 31st day of May, 2006, to the following:

Walter R. Morris, Jr., Esq.
GESS, MATTINGLY & ATCHISON, PSC
201 West Short Street
Lexington, Kentucky 40507
*Counsel for James L. Blanton, the*
*Administrator of the Estate of Alvin L. Blanton*

Counsel for Claimant

1552662.1

Case 5:06-cv-00160-JBC   Document 3   Filed 05/30/2006   Page 1 of 2

| AOC-748<br>11-93<br><br>Commonwealth of Kentucky<br>Court of Justice<br><br>KRS 387.740, 387.590 | | Case No. 00-H-00296-001<br>Court DISTRICT<br>County FAYETTE |

**COMMONWEALTH OF KENTUCKY ex rel**

ALVIN L. BLANTON
                Petitioner

VS.

KATHERINE S. WHALEN
                Respondent

**FILED and ENTERED**

SEP 1 4 2000

ATTEST: ROBERT M. TRUE, CLERK
FAYETTE CIRCUIT COURT
* * *   * * * * * *
_____ DEPUTY

ORDER FOR EMERGENCY
APPOINTMENT OF
FIDUCIARY

Upon motion of the Petitioner, the Court being sufficiently advised finds as follows:

1.   A proceeding for a determination of partial disability or disability, or an appeal therefrom, is pending.

2.   If immediate action is not taken, there is an imminent danger of (a) serious impairment to the health or safety of the above-named Respondent or (b) damage or dissipation to the Respondent's property. Specifically, said danger consists of:

_Danger to health e estate_

3.   The above finding of danger is based on the following source(s):   _David Schberg_

4.   The above finding of danger requires the provision to Respondent of the following assistance:

_Make personal and financial decisions_

Based on the above findings, IT IS HEREBY ORDERED:

1.   That the following [ ] Individual [ ] agency is appointed Emergency Limited [✓] Guardian [ ] Conservator:

Name:   _Alvin = Blanton_

Address: _____

EXHIBIT
A

Phone _____

2.   That bond is fixed at the sum of $ ____ 810,000.00 _____

3.   That the emergency fiduciary shall perform all orders and decrees of this Court, including:

   a.   The filing of reports and / or inventories as required by KRS Chapter 387.

   b.   [ · ] The filing of a report of the personal status and condition of the Respondent and the initial inventory of the Respondent's assets within _____ days of this appointment.

   c.   [ ] Other: _____

_____

_____

_____

4.   That the emergency fiduciary's powers and duties are Limited to: [ ] disposing of property, [ ] executing instruments, [ ] entering into contractual relationships, [ ✓ ] determining living arrangements, [ ✓ ] consenting to medical procedures, [ ✓ ] handling financial responsibilities, and [ ] other: _____

_____

_____

5.   That unless otherwise ordered by this Court, this order remains in effect until such time as the pending action or appeal therefrom has been resolved.

6.   That a final hearing is scheduled for _____ a.m. / p.m., _____, 19 ___.

   There being no just cause for delay, this is a final and appealable order.

_____
Date

Recommended by: _____ 9-14-2000

Jim Alexander, Trial Commissioner

_____
Judge
Please print or type the Judge's name in the space below:

___ MEGAN L. THORNTON ___

*  *  *      *  *  *      *  *  *      *  *  *

To Be Completed On Copies Only:

I, _____, Clerk of the _____ District Court, do hereby certify that this is a true and correct copy of the Order for Emergency Appointment of Fiduciary as recorded in my office.

   This Order and Qualification is in full force and effect.

_____                    _____
Date                                                Signature

Copy Distribution:
            Petitioner / Attorney / County Attorney
            Respondent / Attorney
            All persons named in petition
            Facility where or person with whom respondent resides