# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| CIVIL ACTION NO. 5:06-CV-00160-JBC | ELECTRONICALLY FILED |
| PATRICIA S. HOLT, and CARLA GARRETT | PLAINTIFFS |
| v. | |
| ESTATE OF KATHERINE S. WHALEN | DEFENDANT |
| AND | |
| ESTATE OF KATHERINE S. WHALEN | THIRD-PARTY PLAINTIFF |
| v. | |
| ESTATE OF ALVIN L. BLANTON, JAMES L. BLANTON and GREAT AMERICAN INSURANCE COMPANY | THIRD-PARTY DEFENDANTS |

## AFFIDAVIT

Comes the Affiant, James L. Blanton, having been duly sworn, and deposes and states as follows:

1. Affiant is a Third-Party Defendant in the captioned case.

2. Affiant is a resident of Chesapeake, Virginia.

3. On or about October 31, 2000, your Affiant moved from Lexington, Kentucky to Virginia and made permanent residence in Chesapeake, Virginia.

4. Affiant was aware of the close relationship of the Whalen family and his father and his father informed him that he had been named guardian for Katherine Whalen, but beyond that, your Affiant knew absolutely no details whatsoever involving the duties of Alvin Blanton or the performance by him of any of those duties.


EXHIBIT 8

5. At no time did Alvin Blanton ever consult or request advice from your Affiant regarding Alvin Blanton's fulfillment of his duties as guardian for Katherine Whalen and Affiant never received documents or other information regarding the performance of those duties by Alvin Blanton.

6. On or about May 19, 1999, Alvin Blanton was diagnosed with non-Hodgkins lymphoma cancer and further advised that his condition was terminal.

7. On or about September 30th, 2005, 34 days before his death, Alvin Blanton presented your Affiant with a deed to the family residence and explained to Affiant that by conveying the residence prior to his demise, the residence would not be subject to probate proceedings but would pass directly to your Affiant, as sole heir, prior to the death of Alvin Blanton and thereby avoid the customary delays and expenses associated with probate of an estate.

8. On November 4, 2005, Alvin Blanton died.

9. On June 1, 2006, the attached proof of claim (Exhibit A) was filed on behalf of Katherine Whalen, two days after suit had already been filed against the Estate of Alvin Blanton.

10. On October 10, 2006, the claim by Katherine Whalen was disallowed by the Alvin Blanton Estate, as shown on the attached Exhibit B.

11. The Katherine Whalen Estate did not file a revised suit or otherwise assert a claim against the Estate of Alvin Blanton within sixty (60) days after the disallowance.

12. Great American Insurance Company has never filed a proof of claim with either the executor of the Alvin Blanton Estate or the Fayette County Probate Court Clerk.

Further the Affiant saith naught.

2

_____
JAMES L. BLANTON

COMMONWEALTH OF VIRGINIA )
                         ) SS
CITY OF  Chesapeake      )

The foregoing instrument was acknowledged before me this 27th of January, 2010, by James L. Blanton.

_____
Notary Public
My Commission expires: 09/30/2011

S:\JMiller\BLANTON ESTATE\Jim Blanton Affidavit Dec 2009.doc

# EXHIBIT A

COMMONWEALTH OF KENTUCKY
FAYETTE DISTRICT COURT
PROBATE DIVISION
CASE NO. 06-P-00210



IN RE: THE ESTATE OF ALVIN L. BLANTON

### STATEMENT OF CLAIM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES THE CLAIMANT, the Estate of Katherine S. Whalen, through its Conservator, Richard M. Wehrle, Esq., appointed on 05/10/2006 by Order of the Fayette District Court, by the undersigned counsel, and states a claim against the Estate of Alvin L. Blanton as follows:

1. That on or about 09/14/2000, Alvin L. Blanton was appointed as Guardian and Conservator for Katherine S. Whalen. A copy of said order of appointment is attached hereto as Exhibit A.

2. That Alvin L. Blanton served in said capacity as Guardian and Conservator for the Whalen Estate until his death on or about 11/04/2005.

3. That in said capacity, Alvin L. Blanton bore a fiduciary duty to conserve and protect the financial assets of the Whalen Estate.

4. That Alvin L. Blanton did breach his fiduciary duty to the Whalen Estate by intentionally, improperly, and wrongfully managing the financial assets of the Whalen Estate.

5. That Alvin L. Blanton did embezzle and or convert to his own use and or deposit funds belonging to the Whalen Estate in his own personal bank or investment account(s), and or did otherwise improperly dispose of or utilize such funds and or improperly divest the Whalen Estate of such funds.

6. That prior to his death Alvin L. Blanton did improperly, illegally, negligently and or fraudulently transfer and or convey, without sufficient legal consideration, to his son,

1552662.1
(W7743.00004)

James L. Blanton, assets, including but not limited to a residence located at 1248 Standish Way, Lexington, Kentucky, which would have otherwise been included in the Blanton Estate, in an effort and or with the intent to hide such assets from potential creditors and or claimants and thereby wrongfully prevent potential creditors and or claimants from accessing such assets to satisfy any debts, claims or judgments.

7. That said act(s) of transfer and or conveyance of assets constitute a fraudulent and or preferential conveyance and are void pursuant to the provisions of KRS Chapter 378.

8. That said acts of Alvin L. Blanton did cause financial harm, to the Whalen Estate, and for which the Whalen Estate seeks compensatory damages hereby.

9. That this claim is also the subject of a Third-Party Complaint filed on 05/30/2006 against the Estate of Alvin L. Blanton in a litigation before the United States District Court, Eastern District of Kentucky, Lexington Division, styled "Patricia S. Holt and Carla Garrett v. Estate of Katherine S. Whalen," and numbered 5:06-CV-00160-JBC.

Respectfully submitted,

/s/ James M. Noe

SPENCER D. NOE, ESQ.
DONALD M. WAKEFIELD, ESQ.
BOWLES RICE MCDAVID GRAFF & LOVE, LLP
155 East Main Street, Suite 300
Lexington, Kentucky 40507
Telephone: (859) 252-2202
Facsimile: (859) 259-2927
*Counsel for Claimant*

1552662.1

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was mailed, postage prepaid, on this the 31st day of May, 2006, to the following:

Walter R. Morris, Jr., Esq.
GESS, MATTINGLY & ATCHISON, PSC
201 West Short Street
Lexington, Kentucky 40507
*Counsel for James L. Blanton, the*
*Administrator of the Estate of Alvin L. Blanton*

_____
Counsel for Claimant

1552662.1

Case 5:06-cv-00160-JBC-JBT Document 119-8 Filed 03/05/10 Page 7 of 9
Case 5:06-cv-00160-JBC **EXHIBIT B** Filed 02/01/2010 Page 7 of 9
Case 5:06-cv-00160-JBC Document 3 Filed 05/30/2006 Page 1 of 2

| AOC-748  11-93 | | Case No. 00-H-00296-001 |
|---|---|---|
| Commonwealth of Kentucky  Court of Justice | (seal) | Court **DISTRICT** |
| KRS 387.740, 387.590 | | County **FAYETTE** |

COMMONWEALTH OF KENTUCKY ex rel

__ALVIN L. BLANTON__
Petitioner

VS.

__KATHERINE S. WHALEN__
Respondent

FILED and ENTERED
SEP 1 4 2000
ATTEST: ROBERT M. TRUE, CLERK
FAYETTE CIRCUIT COURT
*** *** *** DEPUTY

ORDER FOR EMERGENCY
APPOINTMENT OF
FIDUCIARY

Upon motion of the Petitioner, the Court being sufficiently advised finds as follows:

1. A proceeding for a determination of partial disability or disability, or an appeal therefrom, is pending.

2. If immediate action is not taken, there is an imminent danger of (a) serious impairment to the health or safety of the above-named Respondent or (b) damage or dissipation to the Respondent's property. Specifically, said danger consists of: _Danger to health & estate_

3. The above finding of danger is based on the following source(s): _David Schober_

4. The above finding of danger requires the provision to Respondent of the following assistance: _Make personal and financial decisions_

Based on the above findings, IT IS HEREBY ORDERED:

1. That the following [✓] individual [ ] agency is appointed Emergency Limited [✓] Guardian [ ] Conservator:
Name: _Alvin L. Blanton_
Address: _____

EXHIBIT A

Case 5:06-cv-00160-JBC   Document 3   Filed 05/30/2006   Page 2 of 2

Phone: _____

2. That bond is fixed at the sum of $ __810,000.00__

3. That the emergency fiduciary shall perform all orders and decrees of this Court, including:

   a. The filing of reports and / or inventories as required by KRS Chapter 387.

   b. [ ] The filing of a report of the personal status and condition of the Respondent and the initial inventory of the Respondent's assets within _____ days of this appointment.

   c. [ ] Other: _____

4. That the emergency fiduciary's powers and duties are Limited to: [ ] disposing of property, [ ] executing instruments, [ ] entering into contractual relationships, [✓] determining living arrangements, [✓] consenting to medical procedures, [✓] handling financial responsibilities, and [ ] other: _____

5. That unless otherwise ordered by this Court, this order remains in effect until such time as the pending action or appeal therefrom has been resolved.

6. That a final hearing is scheduled for _____ a.m. / p.m., _____, 19___.

There being no just cause for delay, this is a final and appealable order.

_____
Judge
Please print or type the Judge's name in the space below:

MEGAN L. THORNTON

Recommended by
Jim Alexander, Trial Commissioner    Date 9-14-2000

\*\*\*   \*\*\*   \*\*\*   \*\*\*

To Be Completed On Copies Only:

I, _____, Clerk of the _____ District Court, do hereby certify that this is a true and correct copy of the Order for Emergency Appointment of Fiduciary as recorded in my office.

This Order and Qualification is in full force and effect.

_____        _____
Date                          Signature

Copy Distribution:
   Petitioner / Attorney / County Attorney
   Respondent / Attorney
   All persons named in petition
   Facility where or person with whom respondent resides



# GESS MATTINGLY & ATCHISON, P.S.C.
## A TRADITION of EXCELLENCE

Natalie S. Wilson
C. Timothy Cone
Joseph H. Miller
William W. Allen
Guy M. Graves
Walter R. Morris, Jr.
John T. Hamilton
Linda W. Covington
Jeffrey R. Walker
Elizabeth S. Hughes
Stephen P. Stoltz
William A. Bausch
Lori B. Shelburne
Samuel G. Carneal
Huston B. Combs
Nora A. Koffman

William B. Gess
(1906-1985)
John G. Atchison, Jr.
(1924-2002)

Special Counsel:
James E. Keller

Of Counsel:
Jack F Mattingly
William R. Hilliard, Jr.
Charles G. Wylie

October 10, 2006

Spencer D. Noe, Esq.
Bowles Rice McDavid Graff & Love, LLP
155 East Main Street, Suite 300
Lexington, KY 40507

Re: Estate of Alvin L. Blanton

Dear Spencer:

The executor has received the claim which you filed on behalf of the estate of Katherine S. Whalen against the estate of Alvin L. Blanton on or about May 31, 2006.

Please be advised that the executor has disallowed the claim in its entirety.

Sincerely,

Joseph H. Miller

JHM/ffr

cc: James L. Blanton

201 West Short Street Lexington, Kentucky 40507
tel 859-252-9000 • fax 859-233-4269 • web www.gmalaw.com