UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 06-160-JBC

PATRICIA S. HOLT and
CARLA GARRETT, PLAINTIFFS,

V.   ORDER

ESTATE OF KATHERINE S. WHALEN,   DEFENDANT.

* * * * * * * * * *

This matter is before the court upon its own motion. Since this suit was filed in 2006, the parties have had opportunities to engage in discovery and motion practice, including filing of dispositive motions. However, pursuant to the court's order of April 13, 2010, the plaintiffs and third-party plaintiff have recently filed amended complaints, which the defendant and third-party defendants have answered. *See* R. 123-130. Accordingly,

**IT IS ORDERED** that no later than fourteen (14) days from the date of entry of this order, the parties shall file a proposed schedule for resolution of this action.

Signed on  May 7, 2010

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY