**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
*Electronically Filed*

| | | |
|---|---|---|
| PATRICIA S. HOLT, ET AL. | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No.  5:06-cv-00160-JBC |
| | ) | |
| ESTATE OF KATHERINE S. WHALEN, | ) | |
| et. al. | ) | |
| Defendants | ) | |

** ** ** ** ** **

## NOTICE OF DEPOSITION

Comes Defendant, Estate of Katherine S. Whalen, by and through counsel, and hereby gives the Court and the parties notice that it shall take the deposition of Plaintiff, Patricia S. Holt, on Wednesday, December 16, 2010 at the hour of 1:30 p.m., at the offices of McBrayer, McGinnis, Leslie & Kirkland, PLLC, 201 East Main Street, Suite 1000, Lexington, Kentucky 40507.  Said deposition shall be taken for all purposes provided for in the Federal Rules of Civil Procedure.

Respectfully submitted,

McBRAYER, McGINNIS, LESLIE
 & KIRKLAND, PLLC
201 East Main Street, Suite 1000
Lexington, Kentucky 40507
859-231-8780


BY:   */s/ Stephen G. Amato*
        STEPHEN G. AMATO
ATTORNEYS FOR KATHY H. WITT,
ADMINISTRATOR OF THE ESTATE
OF KATHERINE S. WHALEN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following on this the 9th day of December, 2010:

Hon. Frederick G. Irtz, II
P.O. Box 22777
Lexington, Kentucky 40522-2777

Hon. Eleanor M.B. Davis
Thompson, Miller & Simpson, PLC
734 W. Main Street, Suite 400
Louisville, Kentucky 40202


Hon. James C. Wade
Hon. Thomas E. Roma
Hon. George P. Parker
Parker & O'Connell, PLLC
455 S. Fourth Street
Suite 930, The Starks Building
Louisville, Kentucky 40202

Hon. Joseph H. Miller
Hon. Benjamin D. Allen
Gess, Mattingly & Atchison, P.S.C.
201 W. Short Street
Lexington, Kentucky 40507


*/s/ Stephen G. Amato*
ATTORNEYS FOR KATHY H. WITT,
ADMINISTRATOR OF THE ESTATE
OF KATHERINE S. WHALEN

\\Mmlksrv2\data\SusanW\SGA\Fayette County Sheriff\Whalen Estate\notice of deposition.doc