UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CIVIL ACTION NO. 06-160-JBC

PATRICIA S. HOLT, and                                                        PLAINTIFFS
CARLA GARRETT

v.

ESTATE OF KATHERINE S. WHALEN                                          DEFENDANT

and

ESTATE OF KATHERINE S. WHALEN                          THIRD-PARTY PLAINTIFF

v.

GREAT AMERICAN INSURANCE COMPANY, et al.       THIRD-PARTY DEFENDANTS

**GREAT AMERICAN INSURANCE COMPANY'S RESPONSE
TO ESTATE OF KATHERINE S. WHALEN'S MOTION
FOR RULE 16 CONFERENCE**

**\* \* \* \* \* \* \* \* \***

Comes the Third Party Defendant, Great American Insurance Company, ("GAIC"), by

counsel, for it's Response to Estate of Katherine S. Whalen's Motion for Rule 16 Conference

[Document 151], states that it has no objection to the scheduling of same.

Respectfully submitted,

/s/THOMAS E. ROMA, JR.
GEORGE P. PARKER
THOMAS E. ROMA, JR.
JAMES C. WADE
PARKER & O'CONNELL, PLLC
Suite 930 – The Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
(502) 584-7196 (Telephone)
(502) 589-7451 (Facsimile)
*Counsel for Great American Insurance Co.*

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has this 10TH day of December, 2010, been provided by either U.S. Mail, postage prepaid, and/or by the Court's ECF filing system, to the following:

Frederick G. Irtz, II, Esq.
111 West Short Street
P.O. Box 22777
Lexington, KY  40522
*Counsel for Plaintiffs,*
*Patricia S. Holt and Carla Garrett*

Stephen G. Amato
McBrayer, McGinnis, Leslie & Kirkland
201 East Main Street, Ste. 1000
Lexington, KY  40507
*Counsel for Defendant/Third-Party Plaintiff,*
*Estate of Katherine Whalen*

Joseph Miller, Esq.
Gess, Mattingly & Atchison
201 West Short Street
Lexington, KY  40507

Eleanor M.B. Davis
Thompson, Miller & Simpson, PLC
734 W. Main Street, Ste. 400
Louisville, KY  40202

Donald M. Wakefield
Spencer D. Noe
Jeffrey Robert Soukup
Bowles, Rice, McDavid, Graff, Love, LLP
333 W. Vine Street, Ste. 1700
Lexington, KY  40507

/s/ THOMAS E. ROMA, JR.
THOMAS E. ROMA, JR.