UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 06-160-JBC

PATRICIA S. HOLT and
CARLA GARRETT,                                                                                 PLAINTIFFS,

V.                                                   ORDER

ESTATE OF KATHERINE S. WHALEN,                                                DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

On consideration of the unopposed construed motion to substitute Fayette County Sheriff Kathy Witt as the administrator of the Whalen Estate (R. 144) and the memorandum in support of that motion (R. 148), **IT IS ORDERED** that the motion is **GRANTED**. The Estate of Katherine S. Whalen, by and through its administrator, Kathy Witt, Sheriff of Fayette County, is substituted as the real party in interest for all claims, counterclaims, cross claims, and defenses in this action.

Signed on  December 10, 2010



JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY