IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
*Electronically Filed*

| | |
|---|---|
| PATRICIA S. HOLT, ET AL. ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 5:06-cv-00160-JBC |
| ) | |
| ESTATE OF KATHERINE S. WHALEN, ) | |
| et. al. ) | |
| Defendants ) | |

** ** ** ** ** **

## RENOTICE OF DEPOSITION

Comes Defendant, Estate of Katherine S. Whalen, by and through counsel, and hereby gives the Court and the parties notice that it shall take the deposition of Plaintiff, Patricia S. Holt, on **Wednesday, December 23, 2010 at the hour of 9:30 a.m.** at the offices of McBrayer, McGinnis, Leslie & Kirkland, PLLC, 201 East Main Street, Suite 1000, Lexington, Kentucky 40507.  The previously filed Corrected Notice of Deposition filed herein December 9, 2010 [DKT 156] is hereby superseded.  Said deposition shall be taken for all purposes provided for in the Federal Rules of Civil Procedure.

    Respectfully submitted,

    McBRAYER, McGINNIS, LESLIE
     & KIRKLAND, PLLC
    201 East Main Street, Suite 1000
    Lexington, Kentucky 40507
    859-231-8780

BY:   */s/ Stephen G. Amato*
       STEPHEN G. AMATO
    ATTORNEYS FOR KATHY H. WITT,
    ADMINISTRATOR OF THE ESTATE
    OF KATHERINE S. WHALEN

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following on this the 13th day of December, 2010:

| | |
|---|---|
| Hon. Frederick G. Irtz, II<br>P.O. Box 22777<br>Lexington, Kentucky 40522-2777 | Hon. Eleanor M.B. Davis<br>Thompson, Miller & Simpson, PLC<br>734 W. Main Street, Suite 400<br>Louisville, Kentucky 40202 |
| Hon. James C. Wade<br>Hon. Thomas E. Roma<br>Hon. George P. Parker<br>Parker & O'Connell, PLLC<br>455 S. Fourth Street<br>Suite 930, The Starks Building<br>Louisville, Kentucky 40202 | Hon. Joseph H. Miller<br>Hon. Benjamin D. Allen<br>Gess, Mattingly & Atchison, P.S.C.<br>201 W. Short Street<br>Lexington, Kentucky 40507 |

        */s/ Stephen G. Amato*
        ATTORNEYS FOR KATHY H. WITT,
        ADMINISTRATOR OF THE ESTATE
        OF KATHERINE S. WHALEN

P:\SusanW\SGA\Fayette County Sheriff\Whalen Estate\renotice holt nod.doc